**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**DELMONTE ANTWANE PITTS,**                                    **PLAINTIFF**


**v.**                         **Case No. 2:19-cv-00034 BSM**

**ANTHONY HAYNES, Warden,**                                    **DEFENDANT**
**FCI FORREST CITY**


## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 12] has been received. After careful review of the record, the RD is adopted, and the case is dismissed. All pending motions are denied as moot.

IT IS SO ORDERED this 16th day of September 2019.


_____
UNITED STATES DISTRICT JUDGE